**DISMISS and Opinion Filed February 14, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00843-CV

**FRANCISCO VILLEGAS, Appellant**
**V.**
**CITY OF GARLAND AND GARLAND INDEPENDENT SCHOOL DISTRICT, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-23-00123**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by December 20, 2023. By postcard dated December 22, 2023, we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


 

 

 

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

230843F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FRANCISCO VILLEGAS,
Appellant

No. 05-23-00843-CV    V.

CITY OF GARLAND AND
GARLAND INDEPENDENT
SCHOOL DISTRICT, Appellees

On Appeal from the 162nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. TX-23-00123.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered February 14, 2024